# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN NUNLEY,

    Petitioner,

v.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:19-cv-01128-RFB-EJY

**ORDER**

Respondents having filed a motion for enlargement of time (first request) (ECF No. 16),[1] and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 16) is **GRANTED**. Respondents will have up to and including February 27, 2020, to file and serve a response to the amended petition (ECF No. 14).

DATED: January 15, 2020.

    **RICHARD F. BOULWARE, II**
    **UNITED STATES DISTRICT JUDGE**

---

[1] The corrected image of the motion is at ECF No. 17.

1