UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN NUNLEY, | Case No. 2:19-cv-01128-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed a motion for enlargement of time (first request) (ECF No. 24), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for enlargement of time (first request) (ECF No. 24) is **GRANTED**. Petitioner will have up to and including April 13, 2020, to file and serve a response to the motion to dismiss (ECF No. 19).

DATED: March 13, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge