# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN NUNLEY, | Case No. 2:19-cv-01128-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

The inmate search web page[1] of the Nevada Department of Corrections indicates that Petitioner has passed away.  Respondents need to confirm or deny this.

IT THEREFORE IS ORDERED that Respondents file a suggestion of death for Petitioner or notice that Petitioner has not passed away within 30 days of the date of entry of this order.

DATED: January 7, 2021

_____
RICHARD F. BOULWARE, II
United States District Judge

---

[1] https://ofdsearch.doc.nv.gov/form.php

1