# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN NUNLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:19-cv-01128-RFB-EJY<br><br>**ORDER** |

Respondents have filed a suggestion of death, confirming the death of petitioner. ECF No. 35. The action is moot. See Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005); Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003).

IT THEREFORE IS ORDERED that this action is **DISMISSED** as moot. The clerk of the court is directed to enter judgment accordingly and to close this action.

DATED: January 12, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　United States District Judge

1